**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARY ANN CALISE,

                 Plaintiff,               17 **CIVIL** 791 (VB)

        -against-                    **JUDGMENT**

NEW YORK STATE DEPARTMENT OF
MOTOR VEHICLES and ANDREA PARKER,
in her individual capacity,

                 Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2020, Defendants' motion is granted; accordingly, the case is closed; The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**Dated:** New York, New York
         March 19, 2020

                                                  **RUBY J. KRAJICK**
                                                 _____
                                                      Clerk of Court
                             **BY:**
                                                  _____
                                                       Deputy Clerk